UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) |
| v. | ) No. 2:23-CR-00026-JRG-CRW |
| | ) |
| ANA ISABEL RIVERA. | ) |

## **ORDER**

This matter is before the Court on United States Magistrate Judge Cynthia R. Wyrick's Report and Recommendation [Doc. 42], in which Judge Wyrick recommends the Court accept Defendant's guilty plea to the charge in Count One of the Indictment [Doc. 16], adjudge her guilty of that charge, and recommends that she remain on release pending sentencing in this matter. Both parties have filed Notices of No Objections to the report and recommendation. [*See* Def. Notice No Objs., Doc. 43; U.S. Notice No Objs., Doc. 44; 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b).]

Having reviewed the record, the Court agrees with Judge Wyrick's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(b). For the reasons in the report and recommendation, which the Court adopts and incorporates into this Order, the Court **ACCEPTS** Defendant's guilty plea, and Defendant is hereby **ADJUDGED** guilty of the charge in Count One of the Indictment. The Court will defer a decision as to whether to accept or reject the Plea Agreement [Doc. 35] until after it has received a presentence investigation report

1

from the United States Probation Office. Defendant **SHALL** remain on release pending her sentencing hearing.

So ordered.

ENTER:

s/J. RONNIE GREER<br>
UNITED STATES DISTRICT JUDGE